UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RENE ESPINOZA, | ) | Case No. CV 11-6801 SVW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: November 15, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE